IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC A. SHORE, P.C., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-5224 |
| | : | |
| INDEPENDENCE BLUE CROSS | : | |
| and | : | |
| INDEPENDENCE HEALTH GROUP, | : | |
| Defendants. | : | |

**ORDER**

This 17th day of November, 2016, it is hereby **ORDERED** that Plaintiff's Motion to Remand is **DENIED**. Defendant's Motion to Dismiss is **GRANTED** as to Counts I, III, IV, and VII. Defendant's Motion to Dismiss is **DENIED** as to Counts II, V, and VI.

Plaintiff may, at its option, filed an Amended Complaint to restate the surviving claims, and shall give notice to Defendant whether it chooses to exercise this option, with Defendant to answer accordingly.

    /s/ Gerald Austin McHugh
United States District Judge

1